UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CHRISTINE LUNFORD,

      Plaintiff,

v.                                        Case No. 8:15-cv-00220-SDM-TBM

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

      Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, COMMONWEALTH FINANCIAL SYSTEMS, INC.

COMES NOW Plaintiff, CHRISTINE LUNFORD, and Defendant, COMMONWEALTH FINANCIAL SYSTEMS, INC., by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this 20th day of October, 2015.

| | |
|---|---|
| *W. John Gadd* | *Ernest H. Kohlmyer, III* |
| W. John Gadd, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 463061 | Florida Bar No. 110108 |
| 2727 Ulmerton Road, Suite 250 | Urban, Thier & Federer, P.A. |
| Clearwater, FL 33762 | SunTrust Center |
| wjg@mazgadd.com | 200 S. Orange Avenue, Suite 2000 |
| | Orlando, FL 32801 |
| *Lisa R. Wilcox* | Telephone (407) 245-8352 |
| Lisa R. Wilcox, Esquire | Facsimile (407) 245-8361 |
| Florida Bar No. 97291 | kohlmyer@urbanthier.com |
| Wilcox Law P.A. | *Attorneys for Defendant* |
| 721 First Avenue North, Suite 100 | |
| Saint Petersburg, FL 33701-3603 | |
| lisa@wilcoxlawpa.com | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **October 20, 2015,** via the Court Clerk's CM/ECF system which will provide notice to the following: W. John Gadd, Esquire at wjg@mazgadd.com and Lisa Wilcox, Esquire at lisa@wilcoxlawpa.com. *(Attorneys for Plaintiff).*

    */s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
kohlmyer@urbanthier.com
Urban, Thier & Federer, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
*Attorneys for Defendant*