UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINE LUNFORD,

    Plaintiff,

v.                                     CASE NO. 8:15-cv-220-T-23TBM

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

    Defendants.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 26), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on October 21, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE